# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CHAD DRIGGERS,**

    **Plaintiff,**

v.                                             Case No.: 6:20-cv-02403

**AT&T CORP.,**
**AND RECEIVABLES PERFORMANCE**
**MANAGEMENT LLC**

    **Defendants.**

_____/

## Defendants' Answer to Plaintiff's Complaint

COMES NOW, Defendants ("AT&T", "RPM", and/or collective "Defendants"), by and through its undersigned counsel, and hereby answers Plaintiff's Complaint as follows:

1. Admitted Plaintiff seeks redress under the FCRA and FDCCPA; denied Plaintiff is entitled to any relief thereunder.

2. Admitted.

3. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

4. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

5. Admitted for jurisdictional purposes only; otherwise denied.

6. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

7. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

8. Admitted Plaintiff is a natural person; otherwise, Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

9. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

10. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

11. Admitted.

12. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

13. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

14. Admitted.

15. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

16. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

17. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

18. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

19. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

20. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

21. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

22. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

23. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

24. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

25. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

26. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

27. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

28. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

29. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

30. Denied.

31. Denied.

32. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

33. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

34. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

35. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

36. Denied.

37. Defendants are without sufficient information and/or knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

## Count I

38. RPM re-alleges and incorporates paragraphs 1 through 37 as if fully restated herein.

39. Denied.

40. Denied.

41. Denied.

### Count II

42. RPM re-alleges and incorporates paragraphs 1 through 37 as if fully restated herein.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

### Count III

49. RPM re-alleges and incorporates paragraphs 1 through 37 as if fully restated herein.

50. Denied.

51. Denied.

52. Denied.

### Count IV

53. AT&T re-alleges and incorporates paragraphs 1 through 37 as if fully restated herein.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants assert that if it is assumed, *arguendo*, that Defendants violated a statute as alleged in Plaintiff's Complaint, which presupposition Defendants deny, such violation was not negligent or intentional, and resulted from a *bona fide* error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

### SECOND AFFIRMATIVE DEFENSE

Defendants assert, without admitting any liability whatsoever, the Plaintiff's claims may be barred in whole or in part by the applicable statute of limitations found under in the FCCPA FDCPA, and/or FCRA.

### THIRD AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff's claims in whole or in part are subject to a mandatory arbitration provision contained in the credit agreement(s) binding upon the parties.

### FOURTH AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff's claims in whole or in part are subject to a jury trial waiver contained in the credit agreement(s) binding upon the parties.

## FIFTH AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff's FCCPA claims may be preempted in whole, or in party, by the FCRA, as the FCRA preempts all state statutory causes of action predicated upon credit reporting issues.

Respectfully submitted by:

/s/ Charles J. McHale
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN:  0094080
Charles J. McHale, Esquire
FBN:  0026555
1135 Marbella Plaza Drive
Tampa, FL 33619
Phone:  813-251-5500
Email: dgolden@gsgfirm.com
Email: cmchale@gsgfirm.com
Attorneys for Defendant
